# Exhibit E

| | |
|---|---|
| DISTRICT COURT<br>CITY & COUNTY OF DENVER, COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED<br>June 4, 2026 11:42 AM<br>CASE NUMBER: 2026CV32051<br><br>▲COURT USE ONLY▲ |
| **Plaintiff(s):**<br>**CLARK, ROBERT**<br><br>**v.**<br><br>**Defendant(s):**<br>**EQUIFAX INC** | Case Number: 2026CV32051<br><br>Courtroom: **269** |

**DELAY REDUCTION ORDER**
**(Amended August 1, 2023)**

All civil courtrooms are on a delay reduction docket.

**IF AN ATTORNEY OR PRO SE PARTY FAILS TO COMPLY WITH THIS ORDER, THE COURT MAY DISMISS THE CASE WITHOUT PREJUDICE. THIS ORDER IS THE INITIAL NOTICE REQUIRED BY C.R.C.P. 121 §1-10, AND C.R.C.P. 41(B)(2).**

A. In all civil actions, the following deadlines must be met:

1. **Service of Process:** Proof of service of process under C.R.C.P. 4 for all defendants must be filed within **63 days** after the date of filing of the complaint. After **63 days**, the Court may dismiss the action against any defendant for whom proof of service has not been filed.

2. **Default:** Application for entry of default under C.R.C.P. 55(a) must be filed within **14 days** after default has occurred. If all defendants are in default, a motion for entry of default judgment under C.R.C.P. 55(b) must be filed with the application for entry of default. Motions for entry of default judgment must comply with C.R.C.P. 121 § 1-14. Reasonable inquiry regarding a person's military status requires confirmation through the Department of Defense's Servicemembers Civil Relief Act website (https://scra.dmdc.osd.mil) or equivalent confirmation.

3. **Trial Setting:** The Responsible Attorney as defined in C.R.C.P. 16(b)(2) must file and serve a Notice to Set the case for trial and must complete the setting of the trial no later than **14 days** from the date the case is at issue. (Note: this is a shorter timeframe than would otherwise be required by C.R.C.P. 16.1(g).) This requirement applies to cases governed by C.R.C.P. 16 and 16.1. Your notice must include how many days will be needed for trial and whether a jury trial or a court trial is requested. A case shall be deemed "at issue" when: (a) all parties have been served and have filed all pleadings permitted by C.R.C.P. 7; or (b) defaults or dismissals have been entered against all non-appearing parties; or (c) at such other time as the Court directs. **Setting days and hours are Tuesday, Wednesday, and Thursday from 10:00 a.m. to 12:00 p.m.**

4. Cases filed under **C.R.C.P. 16:**

   a) **Case Management Conference:** The notice to set trial must also include a notice to set a Case Management Conference as required by C.R.C.P. 16(d)(1), to be held no later than **49 days** after the case is at issue.

   b) **Proposed Case Management Order:** At least **7 days** before the Case Management Conference, the parties must file, in editable format, a proposed Case Management Order consisting of the matters set forth in C.R.C.P. 16(b)(1)-(17) and take all necessary actions to comply with those subsections.

   c) **Waiver of Case Management Conference:** If all parties are represented by counsel, a joint request to waive the Case Management Conference may be included in the proposed Case Management Order, but unless such a request has been granted, counsel and any unrepresented parties should plan on appearing for the Case Management Conference.

5. Cases filed under **C.R.C.P. 16.1:**

   a) **Certificate of Compliance:** No later than **49 days** after the case is at issue, the Plaintiff (or the Responsible Attorney) must file a Certificate of Compliance as required under C.R.C.P. 16.1(h). No Case Management Order is required. No Case Management Conference is required, unless one of the parties is pro se.

B. Additionally, in all civil actions, the following provisions apply:

1. **Service of this Order:** The Plaintiff or Responsible Attorney must send a copy of this order to all other parties who enter an appearance.

2. **Related Cases:** An attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case an Information Regarding Related Case(s) form available in Room 256 of the City and County Building or at: https://www.courts.state.co.us/userfiles/file/Information_Regarding_Related_Cases_Form(1).doc

3. **Interpreters:** If any party or witness will require an interpreter, please notify the Courtroom Clerk as soon as possible and in no event later than 91 days before the trial date.

Date: June 4, 2026.

BY THE COURT:

Andrew P. McCallin
Denver District Court Judge