# Exhibit F

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO<br><br>1437 Bannock Street<br>Denver, CO 80203 | DATE FILED<br>June 15, 2026 2:32 PM<br>FILING ID: 561F820B97DF4<br>CASE NUMBER: 2026CV32051 |
| **Plaintiff:** ROBERT CLARK, on behalf of himself and all others similarly situated,<br><br>v.<br><br>**Defendants:** EQUIFAX INC. | ▲ **COURT USE ONLY** ▲ |
| ***Attorney for Defendants***<br>KING & SPALDING LLP<br>Angela Campbell Tarasi (#45250)<br>1401 Lawrence Street, Suite 1900<br>Denver, CO 80202<br>Phone: 720-535-2319<br>Email: atarasi@kslaw.com | Case Number: 2026CV32051<br><br>Division 269 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Angela Campbell Tarasi of King & Spalding LLP hereby appears on behalf of Equifax Inc.

Submitted this 15th day of June, 2026.

**KING & SPALDING LLP**

*/s/ Angela Tarasi*
Angela Tarasi (#45250)
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Phone: 720-535-2319
Email: atarasi@kslaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 15, 2026, a true and correct copy of the foregoing was filed and served via CCEF, with service upon all counsel of record.

*<u>/s/ Angela Tarasi</u>*
Angela Tarasi