# Exhibit H

<table>
<tr><td>DISTRICT COURT, DENVER COUNTY,<br>STATE OF COLORADO,<br>1437 Bannock Street,<br>Denver, CO 80202</td><td rowspan="2">DATE FILED<br>~~June 22, 2026 3:51 PM~~<br>FILING ID: 326B053947917<br>CASE NUMBER: 2026CV32051<br><br>▲ COURT USE ONLY ▲</td></tr>
<tr><td>Plaintiff: ROBERT CLARK, on behalf of himself and all others similarly situated,<br><br>v.<br><br>Defendant: EQUIFAX INC.</td></tr>
<tr><td>Attorney for Defendant Equifax Inc.:<br>Angela Tarasi<br>Colorado Bar No. 45250<br>King & Spalding LLP<br>1401 Lawrence Street, Suite 1900<br>Denver, CO 80202<br>Phone: (720) 535-2300<br>atarasi@kslaw.com</td><td>Case Number: 2026CV32051<br><br>Division:269</td></tr>
<tr><td colspan="2">ORDER GRANTING DEFENDANT’S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF’S COMPLAINT</td></tr>
</table>

The Court has reviewed and considered Defendant Equifax Inc.’s Unopposed Motion for Extension of Time to Respond to Plaintiff’s Complaint (the “Motion”). After careful review, the Court GRANTS the Motion.

It is further ORDERED that Defendant shall have a 30-day extension of time in which to answer or otherwise respond to the Complaint up to and including July 27, 2026.

DATED: _______________

_______________________________________
Hon. Andrew P. McCallin
District Court Judge

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 BANNOCK STREET, RM 256, DENVER, CO, 80202 | DATE FILED<br>June 24, 2026 9:11 AM<br>CASE NUMBER: 2026CV32051 |
| **Plaintiff(s)** ROBERT CLARK<br>v.<br>**Defendant(s)** EQUIFAX INC | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2026CV32051<br>Division: 269 Courtroom: |

**Order:Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint**

The motion/proposed order attached hereto: GRANTED.

Issue Date: 6/24/2026

ANDREW PATRICK MCCALLIN
District Court Judge

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY,<br>STATE OF COLORADO,<br>1437 Bannock Street,<br>Denver, CO 80202 | |
| **Plaintiff:** ROBERT CLARK, on behalf of himself and all others similarly situated,<br><br>v.<br><br>**Defendant:** EQUIFAX INC. | ▲ COURT USE ONLY ▲ |
| **Attorney for Defendant Equifax Inc.:**<br>Angela Tarasi<br>Colorado Bar No. 45250<br>King & Spalding LLP<br>1401 Lawrence Street, Suite 1900<br>Denver, CO 80202<br>Phone: (720) 535-2300<br>atarasi@kslaw.com | Case Number: 2026CV32051<br><br>Division:269 |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Attachment to Order - 2026CV32051

Defendant Equifax Inc. ("Equifax"), by and through its counsel of record, files its Unopposed Motion of Extension of Time to Respond to Plaintiff's Complaint and states as follows:

1. Equifax was served with the Complaint on June 5, 2026, and its response to the Complaint is currently due on June 26, 2026.
2. Prior to Equifax's deadline to respond to Plaintiff's Complaint, on June 26, 2026, Equifax's counsel communicated with Plaintiff's counsel regarding an extension, and Plaintiff's counsel agreed to give Defendant a 30-day extension of time in which to answer or otherwise respond to the Complaint up to and including July 27, 2026.
3. Equifax's counsel continues to review the allegations of the Complaint and requires additional time to respond to the same in a meaningful fashion.
4. Equifax's time to plead in response to the Complaint has not yet expired.

5. This Request for an extension of time is made with the consent of Plaintiff, is not made for any improper purpose, and will not prejudice the orderly administration of this matter.
6. No party would be prejudiced by the extension.

**CERTIFICATION PURSUANT TO C.R.C.P. 121 § 1-15(8)**

Defense counsel certifies that it has conferred with counsel for Plaintiff regarding the relief sought in this motion, and Plaintiff is unopposed.

Dated: June 22, 2026

Respectfully submitted,


By: *[/s/ Angela Tarasi]*
Angela Tarasi
Colorado Bar No. 45250
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Tel: (720) 535-2300
Fax: (720) 535-2400
atarasi@kslaw.com

*/s/ Zachary A. McEntyre*
Zachary A. McEntyre
(*pro hac vice* forthcoming)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Suite 1600
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5140
zmcentyre@kslaw.com

*Counsel for Defendant Equifax Inc.*


Attachment to Order - 2026CV32051

## CERTIFICATE OF SERVICE

I hereby certify that on this date, June 22, 2026, I electronically filed the foregoing with the Clerk of Court. I further certify that a true and correct copy of the foregoing has been furnished by email to:

Patrick H. Peluso
PELUSO LAW LLC
865 Albion Street, Suite 250
Denver, CO 80220
Email: ppeluso@pelusolawfirm.com

Joseph I. Marchese
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Email: jmarchese@bursor.com

Matthew A. Girardi
BURSOR & FISHER, P.A.
50 Main Street, Suite 475
White Plains, NY 10106
Email: mgirardi@bursor.com

*/s/ Angela Tarasi*
Angela Tarasi

Attachment to Order - 2026CV32051