IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ROBERT CLARK, *on behalf of himself and all others similarly situated*,

Plaintiff,

Case No. 1:26-cv-02974

v.

EQUIFAX INC.,

Defendant.

---

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Equifax Inc. files this Corporate Disclosure Statement, stating as follows:

1. Equifax Inc. is a publicly traded entity on the New York Stock Exchange (Ticker: EFX). No entity or individual owns more than 10% of Equifax Inc.'s stock.

Dated: July 9, 2026


s/ Angela Tarasi
Zachary A. McEntyre (GA Bar No. 653571)
zmcentyre@kslaw.com
J. Matthew Brigman (GA Bar No. 254905)
mbrigman@kslaw.com
KING & SPALDING LLP
1180 Peachtree St. NE
Suite 1600
Atlanta, Georgia 30309
P: (404) 572-4600
F: (404) 572-5140

Angela Tarasi (CO Bar No. 45250)
atarasi@kslaw.com
KING & SPALDING LLP

1401 Lawrence Street,
Suite 1900
Denver, CO 80202
P: (720) 535-2300
F: (720) 535-2400

*Counsel for Defendant Equifax Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, July 9, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Angela C. Tarasi*
Angela Tarasi