**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ROBERT CLARK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>Defendant. | Case No. 1:26-cv-02974-CYC |

**DEFENDANT EQUIFAX, INC.'S NOTICE OF RELATED CASE**

Pursuant to D.C.COLO.LCivR Rule 3.2, Defendant Equifax, Inc. notifies the Court of the related case, *Clark v. Instant Checkmate LLC, et al.*, No. 1:25-cv-02724-DDD-MDB, filed on September 2, 2025 and pending before Judge Domenico.

The cases are related because they have at least one party in common—Plaintiff Robert Clark, alleged in both actions to be a resident and citizen of Colorado Springs, Colorado—and because they involve common facts and the same claim. *See* D.C.COLO.LCivR 3.2(b)(1). Both are putative class actions asserting a single count for violation of the Colorado Prevention of Telemarketing Fraud Act ("PTFA"), Colo. Rev. Stat. § 6-1-304(4)(a)(I), premised on allegations that the defendants knowingly listed Coloradans' cellular telephone numbers in directories for a commercial purpose without obtaining affirmative consent. Both actions allege the same harm to Plaintiff and Coloradans from the alleged disclosure of consumer data. And both actions seek the same relief: statutory damages, declaratory and injunctive relief, and attorneys' fees and

costs under Colo. Rev. Stat. § 6-1-305(1)(c). Additionally, the *Instant Checkmate* case was filed by the same counsel and law firm, Bursor & Fisher, P.A., whose attorneys Joseph I. Marchese and Matthew A. Girardi also represent Plaintiff in this action, along with Patrick H. Peluso of Peluso Law LLC. *See* D.C.COLO.LCivR 3.2(b)(2).

July 31, 2026 Respectfully submitted,


*/s/ Angela Campbell Tarasi*
Zachary A. McEntyre
zmcentyre@kslaw.com
J. Matthew Brigman
mbrigman@kslaw.com
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, Georgia 30309
P: (404) 572-4600
F: (404) 572-5140

Angela Tarasi (CO#45250)
atarasi@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street Suite 1900
Denver, CO 80202
(720) 535-2300

*Attorneys for Defendant Equifax Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, a true and correct copy of the foregoing was electronically filed and served upon all attorneys of record in this case via the Court's CM/ECF system.

*/s/ Angela Tarasi*
Angela Tarasi